**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA ex rel. )
)
SIDESOLVE LLC )
429 S 22ND ST. )
SAN JOSE, CA 95116 )
)
Plaintiff-Relator, )
)
v. )
)
IRAQ AND AFGHANISTAN VETERANS OF AMERICA, INC. )
80 M STREET SE, FLOOR 2 )
WASHINGTON, D.C. 20024 )
)
Defendant. )

Case: 1:24–cv–00098 JURY DEMAND
Assigned To : Mehta, Amit P.
Assign. Date : 1/3/2024
Description: Gen. Civil (E–DECK)

Case No. ____________
Jury Trial Demanded
FILED UNDER SEAL

## COMPLAINT

1. Relator Sidesolve LLC brings this action on behalf of itself and the United States of America against Defendant Iraq and Afghanistan Veterans of America, Inc. for violations of the federal False Claims Act, 31 U.S.C. §§ 3729 *et seq*.

2. This action seeks to recover funds that were loaned to Defendant through the federal Government's Paycheck Protection Program ("PPP") and forgiven as a result of false applications.

3. Sidesolve LLC is a company that uses data to investigate large-scale corporate fraud. Its goal is to use the technology it is developing to protect individuals on private healthcare plans. It is currently developing its technology using public databases. It uses computational statistics to match entities across multiple resources such as databases, social media, corporate filings, and other sources. From this broader picture, it finds fraud leads, which it follows up with a more traditional manual investigation. In sum, Sidesolve LLC uses its expertise and proprietary technology to both collect the scattered pieces of the fraud puzzle and also to put them together



RECEIVED
JAN - 3 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

into a complete picture of the alleged fraud.

4. While searching for potential PPP loan fraud in data released by the SBA, Sidesolve came across the Iraq and Afghanistan Veterans of America, Inc., a New York and DC-based think tank which had applied for a Second Draw PPP loan of $353,597. The loan was forgiven in its entirety, plus interest.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. §§ 1331, 1345.

6. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 31 U.S.C. § 3732(a), as Defendant transacts business in this jurisdiction and violations of the False Claims Act described herein occurred in this district.

## THE PAYCHECK PROTECTION PROGRAM

7. During the COVID-19 pandemic, Congress passed the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"). Section 1102 of the CARES Act contains a program called the Paycheck Protection Program, a program administered by the U.S. Small Business Administration ("SBA") to provide economic relief to small businesses nationwide adversely impacted by the coronavirus pandemic.

8. Section 1102 of the CARES Act temporarily permitted SBA to guarantee 100% of the PPP loans. Section 1106 of the CARES Act provided for forgiveness of up to the full principal amount of qualifying loans guaranteed under the PPP.

9. The CARES Act gives lenders delegated authority to process loan applications for PPP funding. SBA allowed lenders to rely on certifications of the borrowers in order to determine eligibility of the borrower and use of loan proceeds, and to rely on specified documents provided

by the borrower to determine qualifying loan amount, and eligibility for loan forgiveness.

10. The Economic Aid Act (P.L. 116-260, in the Consolidated Appropriations Act of 2021), authorized and funded a Second Draw PPP Loan program.

11. For Second Draw PPP Loans, lenders were compensated by the federal government via processing fees based on the balance of the financing outstanding at the time of final disbursement, in the amount of five (5) percent for loans of more than $50,000 and not more than $350,000, and in the amount of three (3) percent for loans above $350,000.

12. Each borrower certified on the Second Draw loan applications that they were eligible to receive the loans under the program guidelines and that their applications and supporting documentation were accurate.

13. Borrowers were able to seek forgiveness of the loan if the funds were used for eligible payroll costs, payments on business mortgage interest payments, rent, or utilities.

## PPP REGULATIONS FOR THINK TANKS

14. The SBA opened applications for Second Draw PPP Loans on January 15, 2021.

15. Paragraph 7(a)(37)(A)(iv)(III)(bb) of the Small Business Act, added by the Economic Aid Act (P.L. 116-260, in the Consolidated Appropriations Act of 2021), which authorized and funded the Second Draw program, excluded from eligibility:

> any business concern or entity primarily engaged in political or lobbying activities, which shall include any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents.

(This definition shall hereinafter be referred to generally as "Think Tanks.")

16. The Interim Final Rule for the Second Draw Loans, effective January 12, 2021 and published January 14, 2021, thrice indicated that Think Tanks were not eligible for Second Draw Loans: Section C. Excluded Entities (86 FR 3715) (describing Think Tanks as a "prohibited

borrower"); IV(e) Who is not eligible for a Second Draw PPP Loan? (86 FR 3718-19); and IV(g)(3)(ii)(E) (86 FR 3721) (requiring certification that applicant is not a Think Tank).

17. Accordingly, every version of the Second Draw Borrower Application Form, starting January 8, 2021, required that "The authorized representative of the Applicant must certify in good faith to all of the below by initialing next to each one" that "The Applicant is not a business concern or entity primarily engaged in political or lobbying activities, including any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents."

18. Defendants could not have obtained a Second Draw PPP Loan without knowingly making this false certification.

19. Congress expressly determined that Think Tanks should be excluded from the Second Draw PPP Loans. Accordingly, the defendant should be required to repay its individual loan forgiveness and processing fees, plus penalties.

## PARTIES

20. Relator Sidesolve LLC is a company that uses data to investigate scaled corporate fraud.

21. Defendant Iraq and Afghanistan Veterans of America, Inc. ("IAVA") is a registered non-profit organization under the IRS code section 501(c)(3). Its principal address is 85 Broad St., Fl 18, New York, NY 10004. It also has an office at 80 M Street SE, Fl 2, Washington, DC 20003. Its DC mailing address is P.O. Box 70216, Washington, DC 20024.

## FACTUAL ALLEGATIONS

22. On March 27, 2021, IAVA was approved for a Second Draw PPP loan in the amount of $353,597 by Emigrant Bank. The amount forgiven was $355,602.

23. IAVA listed NAICS code 813319 (other social advocacy organizations) on its PPP loan application.

24. IAVA's website declares in no uncertain terms, "WE ARE A THINK TANK," that "create[s] innovative solutions to address" the challenges faced by veterans. This includes an annual Policy Agenda, "which lays out our vision statement of what policies stakeholders should pursue," and "research reports that provide even deeper insight into solutions for issues facing military families."

25. The Policy Agendas are "recommended policy priorities" expressly written for Congress.

26. The Policy Agenda for the 117th Congress, which was in session during the Second Draw program, begins with a description of the organization's advocacy and lobbying efforts in 2020:

> Working with Congressional leaders on both sides of the aisle we were able to pass critical reforms that will positively affect many veterans for years to come, including in areas of mental health care, women veterans, and veterans education. One year ago we urged Members of Congress in person to pass the Commander John Scott Hannon Veterans Mental Health Care Improvement Act and the Deborah Sampson Act, and I am proud that we were able to get both of those bills signed into law. We also worked to help pass timely protections for military-connected students that were facing an incredible amount of uncertainty as their schools went fully remote. Additionally, we helped to pass legislation last year to establish a national suicide prevention hotline, 9-8-8, to ensure that all Americans, including veterans, have easier access in times of crisis to lifesaving mental health and suicide prevention resources.

27. It also claims that "in part due to IAVA's advocacy, Congress passed the VA MISSION Act into law in 2018."

28. The 117th Congress Policy Agenda goes on to discuss the many advocacy efforts IAVA intended to pursue in 2021, including defending the GI Bill, legalizing marijuana use for veterans on a federal level, repealing 38 U.S.C. § 103(c) to recognize same-sex marriage of veterans,

advocating for legislation allowing for, for example, health care benefits for those with toxic exposure, TRICARE premiums to be paid with pre-tax dollars, and pro-veteran inclusions in small business and manufacturing job legislation.

29. This advocacy is also reflected in IAVA's LD-2 Lobbying Disclosure Forms. IAVA is registered as both a registrant and a client under the Lobbying Disclosure Act. IAVA's LD-2 Form for 2021 Q1 indicates that IAVA lobbied the House of Representatives, Senate, and Department of Veterans Affairs with regards to:

- Biden Administration personnel nominations, including nominations and considerations for secretary of Veterans Affairs and other administration personnel.
- Implementation of Commander John Scott Hannon Veterans Mental Health Care Improvement Act (S. 785); Implementation of the Deborah Sampson Act within the Johnny Isakson and David P. Roe, M.D. Veterans Health Care and Benefits Improvement Act (H.R. 7105) ; Implementation of the Veterans Economic Recovery Act (H.R. 637) and provisions to reduce abuse of the Post-9/11 GI Bill within the American Rescue Plan Act (S. 948); Implementation of the Protect the GI Bill Act.
- Presumptive Benefits for War Fighters Exposed to Burn Pits and Other Toxins Act (S. 952); Toxic Exposures in the American Military Act (S. 437); Global War on Terror Memorial Location Act; Supporting Education Recognition for Veterans during Emergencies (SERVE) Act; Military Justice Improvement Act; Honoring All Veterans Act; legislation and policies to improve access to medicinal cannabis for veterans, and other veterans, military, and military family legislation supported through our association with The Military Coalition

30. IAVA's LD-2 Form for 2021 Q2 indicates that IAVA lobbied the House of Representatives, Senate, Department of Veterans Affairs, and Department of Defense with regards to:

- Afghanistan War Commission Act of 2021 (S.2922/H.R.6014)
- Comprehensive and Overdue Support for Troops of War Act of 2021 (S.3003)

- Honoring our PACT Act of 2021 (H.R.3967)
- COVENANT Act of 2021 (H.R.2368)
- Major Richard Star Act (H.R.1282/S.344)
- Toxic Exposure in the American Military Act (TEAM Act) (H.R.2127/S.927)
- Presumptive Benefits for War Fighters Exposed to Burn Pits and Other Toxins Act of 2021 (H.R.2372/S.952)
- Veterans Burn Pits Exposure Recognition Act of 2021 (S.437)
- Post-9/11 Veterans Mental Health Care Improvement Act of 2021 (S.3293)
- VA Medicinal Cannabis Research Act of 2021 (H.R.2916/S.1467)
- Military Justice Improvement and Increasing Prevention Act of 2021 (S.1520)
- Honoring All Veterans Act (H.R.2806/S.1313)
- Global War on Terrorism Memorial Location Act (S.535/H.R.1115)
- Supporting Education Recognition for Veterans during Emergencies (SERVE) Act (H.R.2587)
- Draft Servicemembers and Veterans Empowerment and Support Act (H.R. 5666)
- Veterans Preventative Health Coverage Fairness Act (S. 1779)
- Veterans Prostate Cancer Treatment and Research Act (S. 2720)
- Draft Veterans State Eligibility Standardization Act (S. 3020)
- Long Term Care Veterans Choice Act (S. 2852)
- Veterans Affairs Major Medical Facility Authorization Act (S.2624)
- Revising and Expediting Actions for the Crisis Hotline (REACH) for Veterans Act (S. 2283)
- Veteran Peer Specialist Act (H.R.2386)

- Vet Center Outreach Act (S.2924)
- National Green Alert Act (S. 1342)
- Delivering Optimally Urgent Labor Access (DOULA) for VA Act (S. 1937)
- Making Advances in Mammography and Medical Options (MAMMO) for Veterans Act (S. 2533)
- National Defense Authorization Act for Fiscal Year 2022 (S. 1605)
- Implementation of the enacted Commander John Scott Hannon Veterans Mental Health Care
- Improvement Act
- Implementation of the enacted Deborah Sampson Act
- Implementation of enacted legislation to establish a 9-8-8 national suicide prevention hotline
- 2021 Year end veterans omnibus legislation (Pending introduction)
- Extremism within the veteran community (HVAC oversight hearing)
- Pending Department of Education rulemaking regarding the 90/10 loophole
- US government actions regarding the withdrawal of forces and allies from Afghanistan

31. IAVA's 2020 Form 990 also states that the organization's mission includes "advocacy for supportive policy from the federal to the local level" and lists "advocacy programs" as its largest program, constituting more than 40% of its total expenses:

> IAVA conducts non-partisan issue advocacy to ensure that Iraq and Afghanistan veterans and their families are supported, protected and never forgotten. In 2020, IAVA fought for all of America's veterans, defending their hard-earned education benefits and their employment opportunities, demanding accountability from the Veterans Administration, standing up for women veterans, fighting for those who suffered from burn pits and other toxic exposures, and more. During the year, IAVA's staff and

> members delivered Congressional testimonies on issues affecting our community.

32. IAVA checked the "Yes" box for the question "Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year?" As a result, it had to file a Schedule C, which states that in 2020, IAVA spent $294,100 in total lobbying expenditures to influence a legislative body (direct lobbying). It further notes that IAVA expended $766,109 for direct lobbying from 2017 through 2020.

33. IAVA primarily engaged in political and lobbying activities, it is organized for research and advocacy in public policy, and it refers to itself as a think tank in public documents. For these reasons, IAVA was not eligible for a Second Draw PPP Loan.

## COUNT I
## VIOLATIONS OF 31 U.S.C. § 3729
## FALSE CLAIMS ACT

34. Relator hereby incorporates and realleges herein all other paragraphs as if fully set forth herein.

35. As set forth above, Defendant knowingly presented or caused to be presented false or fraudulent claims for payment or approval, in violation of 31 U.S.C. § 3729(a)(1)(A).

36. As set forth above, Defendant knowingly made, used, or caused to be made or used, false records or statements material to false claims, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B).

37. Due to Defendant's conduct, the United States Government has suffered substantial monetary damages and is entitled to recover treble damages and a civil penalty for each false claim. 31 U.S.C. § 3729.

38. Relator is entitled to reasonable attorneys' fees, costs, and expenses. 31 U.S.C. § 3730(d)(1).

## PRAYER FOR RELIEF

WHEREFORE, Relator prays for judgment against Defendant:

(a) awarding the United States treble damages sustained by it for each of the false claims;

(b) awarding the United States the maximum civil penalty for each of the false claims, records, statements, and unlawful acts;

(c) awarding Relator the maximum share of the proceeds of this action and any alternate remedy or the settlement of any such claim;

(d) awarding Relator litigation costs, expenses, and reasonable attorneys' fees;

(e) granting such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Relator hereby respectfully demands trial by jury on all issues and counts triable as of right before a jury.

Respectfully submitted,

Nathan M. Peak
District of Columbia Bar No. 978215
**BRACKER & MARCUS LLC**
3355 Lenox Road, Suite 660
Atlanta, GA 30326
Tel. (770) 988-5035
Fax (678) 648-5544
Nathan@FCAcounsel.com