UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SIDESOLVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>IRAQ AND AFGHANISTAN VETERANS OF AMERICA, INC.,<br><br>Defendant. | Civil Action No. 24-0098 (APM)<br><br>**UNDER SEAL** |

**NOTICE OF ELECTION TO**
**DECLINE INTERVENTION AND REQUEST TO PARTIALLY UNSEAL**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, the Government respectfully refers the Court to the False Claims Act, 31 U.S.C. § 3730(b)(1), which allows Relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Accordingly, the United States requests that, should either Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Further, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States further requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action for good cause at a later date, and to

RECEIVED
NOV 12 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

seek the dismissal of Relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that Relator's Complaint, this notice, and the attached proposed order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: November 12, 2026
Washington, DC

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

JEANINE FERRIS PIRRO
United States Attorney

By: ______________________
SEAN M. TEPE, D.C. Bar #1001323
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2533
Sean.Tepe@usdoj.gov

JAMIE ANN YAVELBERG
ALLISON CENDALI
JOHN DECK
Attorneys, Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
(202) 305-5369

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, I caused a copy of the foregoing to be served upon Relator's counsel via electronic mail. Defendant has not been served with copies of the foregoing Notice and proposed Order.

SEAN M. TEPE
Assistant United States Attorney